UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN EVANS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SNOHOMISH COUNTY CORRECTIONS, ) <br> ) <br> *Defendant*. ) <br> ) <br> _____ ) | CASE NO. 14-258 <br><br> ORDER ADOPTING REPORT <br> AND RECOMMENDATION |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the entirety of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Accordingly, this matter is **DISMISSED without prejudice**.

(3) The Clerk of the Court is respectfully directed to send copies of this Order to the Plaintiff and to Judge Tsuchida.

**IT IS SO ORDERED.**

DATED this 28th day of August, 2014.

*Barbara J. Rothstein*

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE